1

2

3

4

5

6

7

8

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                            ----oo0oo----

12                                        NO. 2:07-cv-2223 FCD/KJM

13   SONY BMG MUSIC ENTERTAINMENT,
     a Delaware general
14   partnership; CAPITOL RECORDS,
     INC., a Delaware corporation;
15   INTERSCOPE RECORDS, a
     California general
16   partnership; ARISTA RECORDS
     LLC, a Delaware limited
17   liability company; UMG
     RECORDINGS, INC., a Delaware
18   corporation; BMG MUSIC, a New
     York general partnership; and
19   WARNER BROS. RECORDS INC., a
     Delaware corporation,

20
             Plaintiffs,
21
         v.                              REFERRAL ORDER
22
     JOHN DOE,
23
             Defendant.
24

25                            ----oo0oo----

26        Pursuant to Eastern District Local Rule 72-302(c)(1), the

27   undersigned hereby specifically refers the Ex-Parte Application

28   for Leave to Take Immediate Discovery to the assigned magistrate

1 judge, Magistrate Judge Mueller, for all purposes.

2     Magistrate Judge Mueller, may set the matter for hearing

3 before her or submit the matter on the papers as she finds

4 appropriate.

5     IT IS SO ORDERED.

6 DATED: October 24, 2007

                                     FRANK C. DAMRELL, JR.

                                      UNITED STATES DISTRICT JUDGE

2